UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SHANNA M. GLYNN, PRO SE

    Plaintiff,

vs.

MARQUETTE CITY POLICE DEPARTMENT

AND

THE STATE OF MICHIGAN

    Defendants.

Case No. 2:24-cv-00019

Hon. Robert J. Jonker

| | |
|---|---|
| Shanna M. Glynn, pro se<br>8180 County Rd. 550<br>Marquette, MI 49855<br>T: (906) 250-3037 | GRETCHEN L. OLSEN (P36619)<br>Attorneys for Marquette City Police Dept<br>Tanoury Nauts McKinney & Dwaihy, PLLC<br>38777 Six Mile Road, Ste. 10I<br>Livonia, MI 48152<br>313-964-4500<br>734-469-4298 (Fax)<br>gretchen.olsen@tnmglaw.com<br><br>Shelley Moore McCormick<br>Michigan Department of Attorney General<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>(517) 335-7573<br>Fax: (517) 335-7578<br>Email: mccormicks1@michigan.gov |

**DEFENDANT MARQUETTE'S REPLY TO PLAINTIFF'S RESPONSE (ENTITLED OBJECTION TO DEFENDANTS' ATTEMPT TO CONTINUE TO DENY REVIEW THROUGH DISMISSAL, REPLY TO MOTIONS #6 & #9) TO ITS MOTION TO DISMISS**

    There is nothing in Plaintiff's response (objection) to Defendant Marquette City Police Department's Motion to Dismiss that alters the Police Department's entitlement to dismissal. The Police Department is not an entity capable of being sued, but even if it was

Plaintiff has not alleged a cognizable § 1983 claim.  The fact that she believes her victim's rights were not upheld or that she believes officers of the Marquette Police Department committed crimes does not constitute a valid claim against the Police Department.  *Monell v Dep't of Social Services, 36 US 658 (1978)*.  Although she has not requested amendment as to the Police Department, as opposed to the State, it is clear it would be futile, since she has no constitutional right to legal representation in this setting nor does she have a constitutional right to investigation. *Mitchell v McNeil*, 487 F 3d 374, 378 (2007) ("[t]here is no statutory or common law right, much less constitutional right, to an investigation").

      Accordingly, this Defendant respectfully requests that the Court grant its motion and dismiss Plaintiff's claims, together with any other appropriate relief deemed reasonable by this Court.

                                         TANOURY, NAUTS, McKINNEY
                                         & DWAIHY, PLLC

DATED: March 24, 2024            By: _____
                                         GRETCHEN L. OLSEN (P36619)
                                         Attorney for Defendant City of Marquette
                                         Police Department